OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

P.O. BOX 12308 CAPITOL STATION, AUSTIN, TEXAS 78711

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401623 AUG. 07. 2015

8/3/2015
ENDERLIN, EUGENE DALE JR. Tr. Ct. No. 1114974-A     WR-82,683-03
On this day, the supplemental clerk's record, in response to the order issued by this
Court, has been received and presented to the Court.

Abel Acosta, Clerk

EUGENE DALE ENDERLIN JR.
██████ UNIT - TDC # 1490997
██ FM 2821
██NTSVILLE, TX 77349

